1  Jill K. Rizzo, SBN 236471
   MECKLER BULGER TILSON MARICK & PEARSON LLP
2  575 Market Street, Suite 2200
   San Francisco, California 94105
3  Telephone: (415) 644-0914
   Facsimile: (415) 644-0978
4  Email:    Jill.Rizzo@mbtlaw.com

5  Jeremy J. Glenn (admitted *pro hac vice*)
   MECKLER BULGER TILSON MARICK & PEARSON LLP
6  123 North Wacker Drive, Suite 1800
   Chicago, IL 60606
7  Tel: (312) 474-7900
   Fax: (312) 474-7898
8  Email:    Jeremy.Glenn@mbtlaw.com

9  Attorneys for Defendants
   CARGILL MEAT SOLUTIONS CORPORATION and CARGILL, INC.

10

11            THE UNITED STATES DISTRICT COURT

12         FOR THE EASTERN DISTRICT OF CALIFORNIA

13  STEVEN J. TOAL,                    Case No.  **1:13-cv-01246-AWI-GSA**

14            Plaintiff,

15       v.                           **STIPULATION TO CONTINUE
                                       DEADLINES IN THE COURT'S
16  BEEF PACKERS, INC., a California   SCHEDULING CONFERENCE ORDER;
    Corporation; CARGILL MEAT          ORDER THEREON**
17  SOLUTIONS CORPORATION, a
    Minnesota Corporation; CARGILL, INC., a  **(Doc. 23)**
18  Kansas Corporation; and DOES 1-50,
    inclusive,
19
              Defendants.
20

21       Plaintiff Steven J. Toal ("Plaintiff") and Defendants Cargill Meat Solutions Corporation

22  and Cargill, Inc. (collectively "Defendants"), by and through their respective undersigned counsel,

23  hereby agree and stipulate as follows:

24       Due to Plaintiff's recent heart surgery on or about August 13, 2014 and his inability to

25  travel from Pennsylvania, where he currently resides, to California, where he filed this lawsuit, for

26  his noticed deposition, the parties have agreed to continue various deadlines in the Court's

27  Scheduling Conference Order by about 60 days as outlined below.

28

To date, the parties have conducted written discovery in the case. Counsel for the parties have been meeting and conferring over the last five weeks to coordinate the parties' depositions in Fresno, California. Defendants had previously noticed Plaintiff's deposition for July 21, 2014. However, due to Plaintiff's inability to appear on that date, the parties agreed to continue the deposition to a mutually agreeable date and time. Roger Wilson, counsel for Plaintiff, informed Defendants' counsels, Jill Rizzo and Jeremy Glenn, that Plaintiff desired to depose several of Cargill Meat Solutions Corporation's ("CMSC") employees. After continuing to meet and confer, counsel for Plaintiff and Defendants planned the depositions for the week of August 25.

On August 25, Mr. Glenn flew from Chicago, Illinois to Fresno, California to appear for the parties' depositions. On August 26, Mr. Wilson, counsel for Plaintiff, spoke to Mr. Glenn by telephone to inform him that Plaintiff was having heart trouble and could not travel from Pennsylvania to California for his deposition. The parties met and conferred and agreed to an approximately 60-day continuance of deadlines in the Court's scheduling order while Plaintiff recovered, including the possibility of traveling to Pennsylvania for Plaintiff's deposition if that better suits his health.

Currently, the Court has set the following upcoming deadlines:

| | |
|---|---|
| Non-expert discovery cutoff: | September 2, 2014 |
| Expert discovery cutoff: | October 20, 2014 |
| Non-dispositive Motion Filing deadline: | November 3, 2014 |
| Dispositive Motion Filing deadline: | November 3, 2014 |
| Settlement Conference: | Not set |
| Pretrial Conference | February 5, 2015 8:30 a.m. Dept. 2 |
| Jury Trial | April 7, 2015 8:30 a.m. Dept. 2 |

1    The parties propose the following new deadlines:

2    Non-expert discovery cutoff: November 3, 2014

3    Expert discovery cutoff:      December 9, 2014

4    Non-dispositive Motion
5    Filing deadline:              January 9, 2015

6    Dispositive Motion
     Filing deadline:              January 9, 2015
7

8    Settlement Conference:        Not set

9    Pretrial Conference           April 9, 2015
                                   8:30 a.m.
10                                 Dept. 2

11   Jury Trial                    June 2, 2015
                                   8:30 a.m.
12                                 Dept. 2

13   The parties have performed written discovery since the trial date was set and have worked

14   through any discovery issues without the Court's intervention.   Due to Plaintiff's unanticipated

15   surgery and complications he is unable to travel for his deposition.   The parties request a short

16   continuance, and good cause exists to grant a continuance due to Plaintiff's medical condition.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

37435                              3

1        The parties have not previously requested a continuance of any deadlines.

2    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3    Dated:  August __, 2014

                                        _____
4                                            JILL K. RIZZO
                                        Meckler Bulger Tilson Marick & Pearson LLP
                                        Attorneys for Defendants
5                                            CARGILL MEAT SOLUTIONS
                                        CORPORATION and CARGILL, INC.
6
    Dated:  August  , 2014
7                                              _____
                                        Law Office of Roger D. Wilson
                                        Attorneys for Plaintiff
8                                              STEVEN J. TOAL

9
10   **<u>ORDER</u>**

11       The Court adopts the dates and deadlines proposed in the parties' stipulation set forth

above (*see* Doc. 23 for the signed copy), with the exception that the Pretrial Conference will take
12
place on April 9, 2015 at **<u>10:00 a.m</u>**. in Courtroom 2 before District Judge Anthony W. Ishii.  The
13
Scheduling Conference Order, (Doc. 17), is modified accordingly.
14

15   IT IS SO ORDERED.

16       Dated:   **<u>September 3, 2014</u>**           **<u>/s/ Gary S. Austin</u>**
17                                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

37435

4