Jill K. Rizzo, SBN 236471
MECKLER BULGER TILSON MARICK & PEARSON LLP
575 Market Street, Suite 2200
San Francisco, California 94105
Telephone: (415) 644-0914
Facsimile: (415) 644-0978
Email:      Jill.Rizzo@mbtlaw.com

Jeremy J. Glenn (admitted *pro hac vice*)
MECKLER BULGER TILSON MARICK & PEARSON LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 474-7900
Fax: (312) 474-7898
Email:      Jeremy.Glenn@mbtlaw.com

Attorneys for Defendants
CARGILL MEAT SOLUTIONS CORPORATION and CARGILL, INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN J. TOAL,<br><br>           Plaintiff,<br><br>     v.<br><br>BEEF PACKERS, INC., a California Corporation; CARGILL MEAT SOLUTIONS CORPORATION, a Minnesota Corporation; CARGILL, INC., a Kansas Corporation; and DOES 1-50, inclusive,<br><br>           Defendants. | Case No. **1:13-cv-01246-AWI-GSA**<br><br>**SECOND STIPULATION TO CONTINUE DEADLINES IN THE COURT'S SCHEDULING CONFERENCE ORDER; ORDER THEREON** |

Plaintiff Steven J. Toal ("Plaintiff") and Defendants Cargill Meat Solutions Corporation and Cargill, Inc. (collectively "Defendants"), by and through their respective undersigned counsel, hereby again agree and stipulate as follows:

Plaintiff had heart surgery on or about August 13, 2014 and could not travel from Pennsylvania, where he currently resides, to California, where he filed this lawsuit, for his noticed deposition in late August. Thus, the parties had previously agreed to continue various deadlines in the Court's Scheduling Conference Order by about 60 days as outlined below.

Plaintiff's ongoing recovery from his heart surgery is impacting his ability to participate in litigation, including appearing and traveling for his deposition, and he has expressed his desire to resolve his lawsuit with Defendants. Therefore, the parties seek another continuance of the various deadlines in the Court's Scheduling Conference Order by about 60 days as outlined below.

To date, the parties have conducted written discovery in the case. Counsel for the parties have been meeting and conferring over the last few of weeks to discuss Plaintiff's health condition and his desire to resolve litigation. Due to Plaintiff's current health condition, counsel for the parties met and conferred and agreed to an approximately 60-day continuance of deadlines in the Court's scheduling order while Plaintiff continues to recover, and to discuss possible resolution of this matter.

Currently, the Court has set the following upcoming deadlines:

| | |
|---|---|
| Non-expert discovery cutoff: | November 3, 2014 |
| Expert discovery cutoff: | December 9, 2014 |
| Non-dispositive Motion Filing deadline: | January 9, 2015 |
| Dispositive Motion Filing deadline: | January 9, 2015 |
| Settlement Conference: | Not set |
| Pretrial Conference | April 9, 2015 10:00 a.m. Dept. 2 |
| Jury Trial | June 2, 2015 8:30 a.m. Dept. 2 |

The parties propose the following new deadlines:

| | |
|---|---|
| Non-expert discovery cutoff: | January 9, 2015 |
| Expert discovery cutoff: | January 15, 2015 |
| Non-dispositive Motion Filing deadline: | March 5, 2015 |

|   |   |
|---|---|
| Dispositive Motion Filing deadline: | March 5, 2015 |
| Settlement Conference: | Not set |
| Pretrial Conference | June 9, 2015 10:00 a.m. Dept. 2 |
| Jury Trial | August 3, 2015 8:30 a.m. Dept. 2 |

The parties have performed written discovery since the trial date was set and have worked through any discovery issues without the Court's intervention. Due to Plaintiff's unanticipated surgery and further complications he is still unable to travel to California for his deposition. The parties request another short continuance, and good cause exists to grant a continuance due to Plaintiff's medical condition and to explore possible resolution of this matter. The parties have previously requested one continuance of all deadlines.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October__, 2014

JILL K. RIZZO
Meckler Bulger Tilson Marick & Pearson LLP
Attorneys for Defendants
CARGILL MEAT SOLUTIONS
CORPORATION and CARGILL, INC.

Dated: October , 2014

Law Office of Roger D. Wilson
Attorneys for Plaintiff
STEVEN J. TOAL

///
///
///
///
///

38186

## **ORDER**

The Court adopts the dates and deadlines proposed in the parties' stipulation set forth above, with the modification that the non-dispositive motion filing deadline shall be January 30, 2015. (*See* Doc. 25 for the signed copy of the foregoing stipulation).

IT IS SO ORDERED.

Dated:   **October 23, 2014**             **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE