**ROGER D. WILSON SBN192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

ATTORNEY FOR Plaintiff STEVEN J. TOAL

# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STEVEN J. TOAL, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>BEEF PACKERS, INC., a California Corporation; CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation; CARGILL, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 1:13-cv-01246-AWI-GSA<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST BEEF PACKERS, INC., a California Corporation; CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation; and CARGILL, INC., a Delaware Corporation.** |

**IT IS HEREBY STIPULATED** by and between Plaintiff STEVEN J. TOAL, an Individual, and Defendants BEEF PACKERS, INC., a California Corporation; CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation; and CARGILL, INC., a Delaware Corporation.

**IT IS FURTHER STIPULATED** that the dismissal shall be deemed to be with prejudice.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(l). Each Party referenced-above shall bear its own attorneys' fees and costs.

\\\\

\\\\

\\\\

\\\\

| 1

Dated:   March 2, 2015                               /s/ *Roger D. Wilson*
                                                     LAW OFFICE OF ROGER D. WILSON
                                                     By: ROGER D. WILSON
                                                     Attorney for Plaintiff
                                                     STEVEN J. TOAL


Dated:   March 2, 2015                               /s/ *Jeremy J. Glenn*
                                                     MECKLER BULGER TILSON MARICK & PEARSON LLP
                                                     By: JEREMY J. GLENN (admitted *pro hac vice*)
                                                     Attorneys for Defendant
                                                     BEEF PACKERS, INC., a California Corporation; CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation; and CARGILL, INC., a Delaware Corporation


**ORDER**

Based on the stipulation of the parties (Doc. 61), the above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall bear their own fees and costs. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   March 4, 2015                               _____
                                                     SENIOR  DISTRICT  JUDGE